IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 99-BU-0869-S |
| CARL ACTON and SHIRBEY ACTON a/k/a Shirbey Kerr, | ) ) ) | |
| Defendants. | ) ) | |

FILED 99 JUN 29 PM 4: 03 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED JUN 29 1999

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendants Carl Acton and Shirbey Acton a/k/a Shirbey Kerr, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant Carl Acton on April 14, 1999 and served upon Defendant Shirbey Acton a/k/a Shirbey Kerr on April 19, 1999; Defendants have failed to appear, plead, or otherwise defend.

2. Defendants Carl Acton and Shirbey Acton a/k/a Shirbey Kerr, are not infants or incompetent people, nor have Defendants been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendants, Carl Acton and Shirbey Acton a/k/a Shirbey Kerr, are indebted to Plaintiff in the principal sum of $5,399.52, U.S. Marshal costs of $115.96, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), accrued interest of $713.46 as of June 22, 1999,

and at the rate of 4% per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum.

4. Plaintiff is due to recover from Defendants Carl Acton and Shirbey Acton a/k/a Shirbey Kerr, the sum of $6,378.94, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this the 28th day of June, 1999.

_____
UNITED STATES DISTRICT JUDGE